**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 98-1846**

───────────

NATHANIEL H. CARTER,

                              Plaintiff - Appellant,

        versus

OFFICER BIRCHFIELD; MARK R. HENRY, Officer,

                              Defendants - Appellees,

        and

MARYLAND TRANSPORTATION POLICE AUTHORITY; J.
WATSON, Officer; OFFICER HOWELL; R. ANDERSON,
Cadet,

                              Defendants.

───────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Andre M. Davis, District Judge. (CA-96-
1701-AMD)

───────────

Submitted:  August 27, 1998        Decided:  September 11, 1998

───────────

Before NIEMEYER and HAMILTON, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Nathaniel H. Carter, Appellant Pro Se.  Karen June Kruger, Gisele Marie Mathews, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Carter v. Officer Birchfield</u>, No. CA-96-1701-AMD (D. Md. Apr. 28, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2